UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
Aberdeen DIVISION

| | |
|---|---|
| IN RE: BARBARA J COLLIER | CASE NO.: 14-12328-JDW |
| | CHAPTER 13 |
| SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE SECURITY NATIONAL MORTGAGE LOAN TRUST 2006-1 | MOVANT |
| VS | |
| BARBARA J COLLIER | RESPONDENT |
| LOCKE D. BARKLEY | RESPONDENT |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FOR ABANDONMENT AS TO THE DEBTOR
AND CO-DEBTOR OR ALTERNATIVELY,
FOR ADEQUATE PROTECTION**

The motion of SN Servicing Corporation as servicer for U.S. Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2006-1 ("Movant"), secured creditor, respectfully represents:

1.

The Debtor is in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on June 18, 2014.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of *inter alia* 11 U.S.C. 361, 362 and 28 U.S.C. 157 and 1334 and for abandonment pursuant to 554 (b) of the Bankruptcy Code.

3.

Movant is the holder of a Note (Exhibit "A") in the amount of $85,500.00, dated November 23, 2005, and signed by Leon Collier and Barbara Collier, and secured by a Deed of Trust (Exhibit

"B") of even date and acknowledged on 16th day of November 2005, herein signed by Leon Collier and Barbara Collier, affecting the following described property:

See Legal Description attached hereto and made apart thereof.

4.

The Chapter 13 Plan provides that the Debtor is to pay to Movant her regular monthly payments outside the Chapter 13 Plan directly to Movant.

5.

As of August 26, 2016, the Debtor has defaulted on her Chapter 13 plan by failing to pay the monthly payments when due as set forth below.

|  | Total Months | Payment Amount |  |
|---|---|---|---|
| 11/1/15 - 8/1/16 | 10 | $621.05 | $6,210.50 |
| Late Charges |  |  | $0.00 |
| Attorney Fees and Costs |  |  | $526.00 |
| Amount presently held in suspense |  |  | $0.00 |
| **Total Amount Due** |  |  | **$6,736.50** |

6.

The Value of the property is approximately $54,000.00 as reflected by Appraisal, (Exhibit "C").

7.

For the foregoing reasons, Movant requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby. Movant asks that the fourteen-day stay of an order lifting stay as provided in Bankruptcy Rule 4001(a)(3) be waived and dispensed with so the Creditor may be allowed to proceed with state law remedies. Movant further requests that any order remain in effect regardless of conversion to another Chapter. Movant further requests that the Court lift the Automatic Stay as to the Co-debtor, Leon Collier, pursuant to Section 1301 of the Bankruptcy Code.

The undersigned files this pleading upon information and belief provided by Creditor.

WHEREFORE, MOVANT PRAYS that after all delays have elapsed and proceedings are had, the Honorable Court enter an order terminating the automatic stay provided by 11 U.S.C. 362(a), any Co-Debtor Stay pursuant to Section 1301, and that the Trustee abandon the property from the estate pursuant to 11 U.S.C. 554(b) and the debtors so to allow Movant to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise. Creditor further shows that if relief is granted pursuant to this Motion, it should be relieved of the obligation to file and serve Notices of Payment Change and Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c).

Alternatively, Movant requests adequate protection.

RESPECTFULLY SUBMITTED

Dean Morris, LLC
2309 Oliver Road
Monroe, Louisiana  71201
(318) 330-9020

_____
Michael Jedynak (Bar# 103014)
mjedynak@ms.creditorlawyers.com
Attorney for Movant

Date of MFR: _Aug 26, 2016_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
Aberdeen DIVISION

IN RE: Barbara J Collier                     CASE NO.: 14-12328-JDW
                                             CHAPTER 13

### CERTIFICATE OF SERVICE

I, Michael Jedynak, hereby certify that I have notified all interested parties of the Motion for Relief filed by SN Servicing Corporation as servicer for U.S. Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2006-1 as reflected on the foregoing notice,

Barbara J Collier
Leon Collier
19507 Highway 51
Sardis, MS 38666

Barbara J Collier
Leon Collier
108 FLOYD CIR
Senatobia, MS 38668-2452

Karen B. Schneller
Attorney at Law
karen.schneller@gmail.com

Locke D. Barkley
Trustee
sbeasley@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

by electronic transmission or by mailing this notice and a copy of the Motion for Relief filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this ____Aug 26____, 20 16.

Dean Morris, LLC
2309 Oliver Road
Monroe, Louisiana  71201
(318) 330-9020

_____
Michael Jedynak  (Bar# 103014)
mjedynak@ms.creditorlawyers.com
Attorney for Movant